UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DEUTSCHE BANK,<br>　　　　Plaintiff, | No. C 10-4018 RS |
| v. | **ORDER RE: ATTENDANCE** |
| FRANK LEMBI, et al.,<br>　　　　Defendants._____/ | Date:　　May 25, 2011<br>Mediator:　Daniel Bergeson |

　　IT IS HEREBY ORDERED that the requests to excuse defendant Billie Salevouris from personal attendance at the May 25, 2011, mediation before Daniel Bergeson is GRANTED. Ms. Salevouris shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

　　IT IS SO ORDERED.

May 19, 2011　　　　　　　　By:　　　_/s/ Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge