Sara B. Brody (SBN 130222)
  sbrody@sidley.com
Elizabeth R. Toben (SBN 266844)
  etoben@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Plaintiff DEUTSCHE BANK AG, CAYMAN ISLANDS BRANCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK AG, CAYMAN ISLANDS BRANCH,<br><br>            Plaintiff,<br><br>vs.<br><br>FRANK E. LEMBI, an individual, Frank E. Lembi as Trustee of the OLGA LEMBI RESIDUAL TRUST, WALTER R. LEMBI, an individual, Walter R. Lembi as Trustee of the WALTER AND LINDA LEMBI FAMILY TRUST, DATED JUNE 30, 2004, BILLIE Z. SALEVOURIS, an individual, Billie Z. Salevouris as Trustee of the BILLIE Z. SALEVOURIS REVOCABLE TRUST DATED AUGUST 25, 1983, AS RESTATED ON APRIL 24, 2002, DAVID M. RAYNAL, an individual, David M. Raynal as Trustee of the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002, RALPH DAYAN, an individual, and RMSV EQUITIES, LLC, a California limited liability company,<br><br>            Defendants. | Case No. 10-CV-04018-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS PRESENTLY SCHEDULED TO BE HEARD ON JUNE 23, 2011**<br> AS MODIFIED BY THE COURT |

1   WHEREAS, on September 7, 2010, Plaintiff filed its complaint in the above-captioned
2 action, asserting claims against ten defendants;

3   WHEREAS, on September 30, 2010, eight of the ten defendants answered the complaint
4 (the "Answering Defendants");

5   WHEREAS, on February 14, 2011, Plaintiff filed a motion for summary judgment (the
6 "Summary Judgment Motion"), which was fully submitted on May 26, 2011 and is presently
7 scheduled to be heard on June 23, 2011 at 1:30 p.m.; and

8   WHEREAS, on May 19, 2011, six of the eight Answering Defendants filed a motion for
9 leave to file amended answer and counterclaim (the "Motion to Amend"), which was fully
10 submitted on June 9, 2011, and, along with the Summary Judgment Motion, is presently
11 scheduled to be heard on June 23, 2011 at 1:30 p.m.;

12   NOW THEREFORE, the Parties, through their respective undersigned counsel, hereby
13 stipulate, agree, and jointly request that the Court continue the hearing on the Summary
14 Judgment Motion and Motion to Amend for a period of at least thirty (30) days.

15 Dated:  June 21, 2011                                   Respectfully submitted,

16                                                                          SIDLEY AUSTIN LLP

17

18                                                                          By: /s/ Nicholas P. Crowell
                                                                                 Sara B. Brody (SBN 130222)
19                                                                               Elizabeth R. Toben (SBN 266844)
                                                                                 Attorneys for Plaintiff
20
                                                                                 555 California Street
21                                                                               San Francisco, California  94104
                                                                                 Telephone:  (415) 772-1200
22                                                                               Facsimile:   (415) 772-7400

23                                                                               Nicholas P. Crowell (*pro hac vice*)
                                                                                 Alex J. Kaplan (*pro hac vice*)
24                                                                               SIDLEY AUSTIN LLP
                                                                                 787 Seventh Avenue
25                                                                               New York, New York 10019
                                                                                 Telephone:  (212) 839-5300
26                                                                               Facsimile:   (212) 839-5599

27                                                                               Attorneys for Plaintiff

28

By: /s/ Edward C. Singer, Jr.
Edward C. Singer, Jr. (SBN 226406)

2099 Market Street
San Francisco, California  94114
Telephone:  (415) 252-4220
Facsimile:   (415) 522-5283

Attorneys for Defendants Frank E. Lembi and Frank Lembi as Trustee of the Olga Lembi Residual Trust

FRIEDMAN DUMAS & SPRINGWATER LLP

By: /s/ Ellen A. Friedman
Ellen A. Friedman (SBN 127684)

FRIEDMAN DUMAS &
  SPRINGWATER LLP
150 Spear Street, Suite 1600
San Francisco, California  94105
Telephone:  (415) 834-3801
Facsimile:   (415) 834-1044

ATTORNEYS FOR DEFENDANTS BILLIE Z. SALEVOURIS, BILLIE Z. SALEVOURIS AS TRUSTEE OF THE BILLIE Z. SALEVOURIS REVOCABLE TRUST DATED AUGUST 25, 1983, AS RESTATED ON APRIL 24, 2002, DAVID M. RAYNAL, DAVID M. RAYNAL AS TRUSTEE OF THE DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002, RALPH DAYAN, AND RMSV EQUITIES, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Motion Hearing continued to August 4, 2011 at 1:30 p.m.

Dated: June  21, 2011

_____
Hon. Richard Seeborg
United States District Judge

2
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MOTIONS
PRESENTLY SCHEDULED TO BE HEARD ON JUNE 23, 2011
CASE NO.: 3:10-CV-04018-RS