STEIN & LUBIN LLP
Julie L. Fieber (SBN 202857)
E-Mail: jfieber@steinlubin.com
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:  (415) 981-0550
Facsimile:  (415) 981-4343

Attorneys for Plaintiff
VERITAS-B MEZZ B7, LLC AS SUCCESSOR-IN-INTEREST TO DEUTSCHE BANK AG, CAYMAN ISLANDS BRANCH.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEUTSCHE BANK AG, CAYMAN ISLANDS BRANCH,<br><br>Plaintiff,<br><br>v.<br><br>FRANK E. LEMBI *et al.*,<br><br>Defendants. | Case No.  C 10-04018 RS<br><br>STIPULATION AND [PROPOSED] ORDER SUBSTITUTING VERITAS-B MEZZ B7, LLC FOR PLAINTIFF DEUTSCHE BANK AG, CAYMAN ISLANDS BRANCH<br><br>Judge:   Hon. Richard Seeborg<br>Courtroom 3, 17th Floor |

By and through their respective counsel of record, the parties to this action, including Veritas-B Mezz B7, LLC ("Veritas"), as Successor-In-Interest to Plaintiff Deutsche Bank AG, Cayman Islands Branch (hereinafter collectively "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff Deutsche Bank AG, Cayman Islands Branch has executed an Assignment of Litigation effective as of June 20, 2011, that, *inter alia*, assigns and transfers to Veritas all right, title and interest in and to the above-referenced litigation and all of the claims, damages, causes of action, defenses, and rights connection therewith (the "Assignment").

1     WHEREAS as a result of the Assignment, Veritas is the successor-in-interest to the claims asserted by Plaintiff Deutsche Bank AG, Cayman Islands Branch in this action, and therefore now seeks to substitute itself for Plaintiff Deutsche Bank AG, Cayman Islands Branch.

    WHEREAS the Parties do not oppose this substitution, and wish to stipulate to the substitution of Veritas for Deutsche Bank AG, Cayman Islands Branch in order to avoid troubling the Court with a motion for substitution pursuant to Federal Rules of Procedure Rule 25(c).

    THEREFORE:

    Based on the foregoing, the parties hereby stipulate to and respectfully request that the Court order as follows:

    1) That Veritas be substituted as real party-plaintiff in place of Deutsche Bank AG, Cayman Islands Branch in this action. Pursuant to the Notice of Appearance filed in this action, Julie L. Fieber of Stein & Lubin LLP has appeared as Counsel of Record for Veritas. All further notices and papers should be served on Veritas as follows:

> Julie L. Fieber (SBN 202857)
> E-Mail: jfieber@steinlubin.com
> STEIN & LUBIN LLP
> 600 Montgomery Street, 14th Floor
> San Francisco, CA 94111
> Telephone: (415) 981-0550
> Fax: (415) 981-4343

    2) Given the substitution of Veritas in place of Plaintiff Deutsche Bank AG, Cayman Islands Branch, Sidley Austin LLP is withdrawing as counsel for Plaintiff and will be replaced by Julie L. Fieber of Stein & Lubin LLP;

    3) Pursuant to Rules 10 and 15 of the Federal Rules of Civil Procedure, the caption of this proceeding is hereby amended to read as follows:

VERITAS-B MEZZ B7, LLC,

    Plaintiff,

vs.

FRANK E. LEMBI, an individual, Frank E. Lembi as Trustee of the OLGA LEMBI RESIDUAL TRUST, WALTER R. LEMBI, an individual, Walter R. Lembi as Trustee of the WALTER AND LINDA LEMBI FAMILY TRUST, DATED JUNE 30, 2004, BILLIE

| | |
|---|---|
| 1 | Z. SALEVOURIS, an individual, Billie Z. Salevouris as Trustee of the BILLIE Z. SALEVOURIS REVOCABLE TRUST DATED AUGUST 25, 1983, AS RESTATED ON APRIL 24, 2002, DAVID M. RAYNAL, an individual, David M. Raynal as Trustee of the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002, RALPH DAYAN, an individual, and RMSV EQUITIES, LLC, a California limited liability company, |

Defendants.

IT IS SO STIPULATED.

Dated: June __, 2011        STEIN & LUBIN LLP


By: /s Julie L. Fieber
_____
Julie L. Fieber
Attorneys for Veritas-B Mezz B7, LLC, as Successor-In-Interest to Plaintiff Deutsche Bank AG, Cayman Islands Branch

Dated: June 27, 2011        SIDLEY AUSTIN LLP


By: _____
Alex J. Kaplan (pro hac vice), Sidley Austin LLP
Attorneys for Plaintiff
DEUTSCHE BANK AG, CAYMAN ISLANDS BRANCH

Dated: June 27, 2011        EDWARD C. SINGER JR.


By: _____
Edward C. Singer Jr.
Attorneys for Defendants
FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI RESIDUAL TRUST

| | | |
|---|---|---|
| 1 | Dated: June 27, 2011 | FRIEDMAN DUMAS & SPRINGWATER LLP |

By: _/s/ Ellen A. Friedman_
Ellen Friedman
Attorneys for Defendants
BILLIE Z. SALEVOURIS, individually and as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 25, 1983 AS RESTATED ON APRIL 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, and RMSV EQUITIES, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/28, 2011

_/s/ Richard Seeborg_
Hon. Richard Seeborg