STEIN & LUBIN LLP
Julie L. Fieber (SBN 202857)
E-Mail: jfieber@steinlubin.com
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:   (415) 981-0550
Facsimile:    (415) 981-4343

Attorneys for Plaintiff
VERITAS-B MEZZ B10, LLC AS SUCCESSOR-
IN-INTEREST TO DEUTSCHE BANK AG,
CAYMAN ISLANDS BRANCH.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VERITAS-B MEZZ B7, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK E. LEMBI *et al.*,<br><br>    Defendants. | Case No.  C 10-04018 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND HEARING ON SUMMARY JUDGMENT MOTION, AND CORRECTING CAPTION**<br>As modified by the Court<br><br>Judge:  Hon. Richard Seeborg<br>     Courtroom 3, 17th Floor |
|---|---|

    By and through their respective counsel of record, the parties to this action (hereinafter collectively "Parties"), hereby stipulate and agree as follows:

    WHEREAS, on June 21, 2011, the Court signed the Parties' Proposed Order which extended the date for hearing on the pending Motion for Summary Judgment and Motion to Amend in this matter to August 4, 2011, at 1:30 pm.

    WHEREAS, on June 28, 2011, the Court signed the Parties' Proposed Order allowing the substitution of Veritas-B Mezz B7, LLC, as plaintiff in this matter and changing the caption to reflect that substitution, but due to an error on the part of counsel for Veritas, an error was made in the name of Veritas, and the correct name should be Veritas-B Mezz B10, LLC.

WHEREAS, Veritas wishes to correct that error and the caption for this matter to reflect its correct name, Veritas-B Mezz B10, LLC, and the other parties do not oppose this correction.

WHEREAS, a case management conference in this matter is set for July 14, 2011, at 10:00 am.

WHEREAS the Parties are working towards a business resolution of this dispute and believe that resolution can be finalized before October 2011, but in the event it cannot be finalized the Parties wish to proceed with the pending motions for summary judgment and amendment.

THEREFORE:

Based on the foregoing, the parties hereby stipulate to and respectfully request that the Court order as follows:

1) That the party name for Veritas is hereby changed from Veritas-B Mezz B7, LLC, to Veritas-B Mezz B10, LLC, and the corrected caption of this proceeding is hereby amended to read as follows:

VERITAS-B MEZZ B10, LLC,

  Plaintiff,

vs.

FRANK E. LEMBI, an individual, Frank E. Lembi as Trustee of the OLGA LEMBI RESIDUAL TRUST, WALTER R. LEMBI, an individual, Walter R. Lembi as Trustee of the WALTER AND LINDA LEMBI FAMILY TRUST, DATED JUNE 30, 2004, BILLIE Z. SALEVOURIS, an individual, Billie Z. Salevouris as Trustee of the BILLIE Z. SALEVOURIS REVOCABLE TRUST DATED AUGUST 25, 1983, AS RESTATED ON APRIL 24, 2002, DAVID M. RAYNAL, an individual, David M. Raynal as Trustee of the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002, RALPH DAYAN, an individual, and RMSV EQUITIES, LLC, a California limited liability company,

  Defendants.

2) That the hearing on all pending motions shall be continued to ~~October 21, 2011~~, ~~at 9:00 a.m.~~ October 20, 2011 at 1:30 p.m.

3) That the case management conference current set for July 14, 2011, shall be re-

```
 1 | scheduled to September 15, 2011, at 10:00 am.
 2 |           IT IS SO STIPULATED.
 3 |
 4 | Dated: July 6, 2011            STEIN & LUBIN LLP
 5 |
 6 |                                By: /s Julie L. Fieber
 7 |                                    Julie L. Fieber
                                        Attorneys for Veritas-B Mezz B10, LLC
 8 |
 9 |
10 | Dated: July 6, 2011            EDWARD C. SINGER JR.
11 |
12 |                                By: _____
13 |                                    Edward C. Singer Jr.
                                        Attorneys for Defendants
14 |                                    FRANK E. LEMBI, individually and as trustee of the
                                        OLGA LEMBI RESIDUAL TRUST
15 | Dated: July 5, 2011            FRIEDMAN DUMAS & SPRINGWATER LLP
16 |
17 |                                By: _____
                                        Ellen Friedman
18 |                                    Attorneys for Defendants
                                        BILLIE Z. SALEVOURIS, individually and as trustee
19 |                                    for THE BILLIE SALEVOURIS TRUST DATED
                                        AUGUST 25, 1983 AS RESTATED ON APRIL 24,
20 |                                    2002; DAVID M. RAYNAL, individually and as trustee
                                        for the DAVID M. RAYNAL REVOCABLE TRUST
21 |                                    DATED MAY 9, 2002; RALPH DAYAN, and RMSV
                                        EQUITIES, LLC
22 |
23 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
24 |
25 |
26 | DATED:  07/07, 2011            _____
27 |                                Hon. Richard Seeborg
                                    Judge Richard Seeborg
28 |
```