**\*E-Filed 9/7/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERITAS-B MEZZ B10, LLC, | No. C 10-04018 RS |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE, DENYING MOTION FOR LEAVE TO FILE AMENDED ANSWER WITHOUT PREJUDICE, AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| FRANK E. LEMBI, et al., | |
| Defendants. | |

The parties submitted a stipulation requesting the Court to continue the hearing on their pending motions to February 23, 2012. The request is denied. Plaintiffs' motion for summary judgment and the motion to amend the answer of defendants David M. Raynal, individually and as trustee of the David M. Raynal Revocable Trust Dated May 9, 2002; Billie Salevouris, individually and as trustee of the Billie Salevouris Revocable Trust Dated August 25, 1983, as Restated on April 24, 2002; Ralph Dayan; and RMSV Equities L.L.C. are both dismissed without prejudice. Should the parties wish to renotice their respective motions for hearing in February 2012, they may do so in January 2012. The parties' request to continue the Case Management Conference presently scheduled for September 15, 2011 to **January 26, 2012 at 10:00 a.m.** is granted.

**\*E-Filed 9/7/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERITAS-B MEZZ B10, LLC, | No. C 10-04018 RS |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE, DENYING MOTION FOR LEAVE TO FILE AMENDED ANSWER WITHOUT PREJUDICE, AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| FRANK E. LEMBI, et al., | |
| Defendants. | |

United States District Court
For the Northern District of California

The parties submitted a stipulation requesting the Court to continue the hearing on their pending motions to February 23, 2012. The request is denied. Plaintiffs' motion for summary judgment and the motion to amend the answer of defendants David M. Raynal, individually and as trustee of the David M. Raynal Revocable Trust Dated May 9, 2002; Billie Salevouris, individually and as trustee of the Billie Salevouris Revocable Trust Dated August 25, 1983, as Restated on April 24, 2002; Ralph Dayan; and RMSV Equities L.L.C. are both dismissed without prejudice. Should the parties wish to renotice their respective motions for hearing in February 2012, they may do so in January 2012. The parties' request to continue the Case Management Conference presently scheduled for September 15, 2011 to **January 26, 2012 at 10:00 a.m.** is granted.

1   IT IS SO ORDERED.

2

3   Dated:  9/6/11

4                                                           _____
                                                            RICHARD SEEBORG
                                                            UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California