**United States District Court**
For the Northern District of California

1

**\*E-Filed 9/7/11\***

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                          SAN FRANCISCO DIVISION

9

10   VERITAS-B MEZZ B10, LLC,                    No. C 10-04018 RS

11            Plaintiff,

                                                 **ORDER DENYING MOTION FOR**
12       v.                                      **SUMMARY JUDGMENT WITHOUT**
                                                 **PREJUDICE, DENYING MOTION**
13   FRANK E. LEMBI, et al.,                     **FOR LEAVE TO FILE AMENDED**
                                                 **ANSWER WITHOUT PREJUDICE,**
14            Defendants.                        **AND CONTINUING CASE**
     _____/           **MANAGEMENT CONFERENCE**
15

16

17

18

19          The parties submitted a stipulation requesting the Court to continue the hearing on their

20   pending motions to February 23, 2012.  The request is denied.  Plaintiffs' motion for summary

21   judgment and the motion to amend the answer of defendants David M. Raynal, individually and as

22   trustee of the David M. Raynal Revocable Trust Dated May 9, 2002; Billie Salevouris, individually

23   and as trustee of the Billie Salevouris Revocable Trust Dated August 25, 1983, as Restated on April

24   24, 2002; Ralph Dayan; and RMSV Equities L.L.C. are both dismissed without prejudice.  Should

25   the parties wish to renotice their respective motions for hearing in February 2012, they may do so in

26   January 2012.  The parties' request to continue the Case Management Conference presently

27   scheduled for September 15, 2011 to **January 26, 2012 at 10:00 a.m.** is granted.

28

1    IT IS SO ORDERED.

2

3    Dated:  9/6/11

4    _____
     RICHARD SEEBORG
     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

No. C 10-04018 RS
ORDER DENYING MOTIONS WITHOUT PREJUDICE