```
FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
STEFANIE ELKINS (S.B. NO. 249839)
33 New Montgomery Street, Ste. 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
efriedman@friedumspring.com
selkins@friedumspring.com
```

Attorneys for Defendants
DAVID M. RAYNAL, individually and as trustee,
BILLIE Z. SALEVOURIS, individually and as trustee,
RALPH DAYAN, individually, and
RMSV Equities, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VERITAS-B MEZZ B10, LLC, | Case No. CV 10 4018 RS |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL, APPEARANCE OF EDWARD C. SINGER, JR. AND WITHDRAWAL OF FRIEDMAN DUMAS & SPRINGWATER LLP** |
| v. | |
| FRANK E. LEMBI *et al.*, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants David M. Raynal ("Raynal"), individually and as trustee for the David M. Raynal Revocable Trust Dated May 9, 2002 ("Raynal Trust"), Billie Z. Salevouris ("Salevouris"), individually and as trustee of the Billie Salevouris Revocable Trust Dated August 25, 1983, as Restated on April 24, 2002 ("Salevouris Trust"), Ralph Dayan ("Dayan"), individually, and RMSV Equities L.L.C. ("RMSV Equities" and together with Raynal, the Raynal Trust, Salevouris, the Salevouris Trust and Dayan, "Defendants") substitutes Edward C. Singer, Jr. as counsel and attorney of record in this matter in place of the law firm Friedman Dumas & Springwater LLP ("FDS"),

{00609045.DOC v 1}                                                   NOTICE OF SUBSTITUTION OF COUNSEL

33 New Montgomery Street, Ste. 290, San Francisco, CA 94105, ph: 415-834-3800, fx: 415-834-1044. FDS hereby withdraws as counsel and attorneys of record for Defendants in this matter.

### New Attorney

Defendants' new counsel in this matter and new attorney of record on whom all notices, pleadings and correspondence may be served is:

>Edward C. Singer, Jr. (SBN 226406)
>2099 Market Street
>San Francisco, CA 94114
>Ph: 415-252-4220
>esinger@lembigroup.com

### Substitution Based on Consent

The undersigned consent to the substitution and withdrawal and certify that the substitution and withdrawal will not delay the proceedings in this matter:

| | |
|---|---|
| I consent to the above substitution.<br>Dated: February 29, 2012 | FRIEDMAN DUMAS & SPRINGWATER, LLP<br><br>By: /s/ *Ellen A. Friedman*<br>        Ellen A. Friedman |
| I consent to the above substitution.<br>Dated: February 29, 2012 | EDWARD C. SINGER, JR<br><br>By: /s/ *Edward C. Singer, Jr.*<br>        Edward C. Singer, Jr. |

| | |
|---|---|
| 1 | I accept the above substitution. |
| 2 | Dated: 3/5, 2012 |

By: _____
David M. Raynal, individually and as
David M. Raynal, Trustee of the David
M. Raynal Revocable Trust Dated May
9, 2002

I accept the above substitution.
Dated: 3/5, 2012

By: _____
Billie Z. Salevouris, individually and as
trustee of the Billie Salevouris
Revocable Trust Dated August 25,
1983, as Restated on April 24, 2002

I accept the above substitution.
Dated: _____, 2012

By: _____
Ralph Dayan

I accept the above substitution.
Dated: _____, 2012

By: _____
RMSV Equities L.L.C.

**IT IS SO ORDERED**

Dated: 3/9, 2012

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1  I accept the above substitution.<br>2  Dated: 3/5, 2012 | By: _____<br>David M. Raynal, individually and as<br>David M. Raynal, Trustee of the David<br>M. Raynal Revocable Trust Dated May<br>9, 2002 |
| 7  I accept the above substitution.<br>8  Dated: 2/5, 2012 | By: _____<br>Billie Z. Salevouris, individually and as<br>trustee of the Billie Salevouris<br>Revocable Trust Dated August 25,<br>1983, as Restated on April 24, 2002 |
| 13 I accept the above substitution.<br>14 Dated: 3/7, 2012 | By: _____<br>Ralph Dayan |
| 17 I accept the above substitution.<br>18 Dated: 3/7, 2012 | By: _____<br>RMSV Equities L.L.C. |

IT IS SO ORDERED

Dated: _____, 2012

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE