FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
STEFANIE ELKINS (S.B. NO. 249839)
33 New Montgomery Street, Ste. 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
efriedman@friedumspring.com
selkins@friedumspring.com

Attorneys for Defendants
DAVID M. RAYNAL, individually and as trustee,
BILLIE Z. SALEVOURIS, individually and as trustee,
RALPH DAYAN, individually, and
RMSV Equities, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VERITAS-B MEZZ B10, LLC, | Case No. CV 10 4018 RS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL, APPEARANCE OF EDWARD C. SINGER, JR. AND WITHDRAWAL OF FRIEDMAN DUMAS & SPRINGWATER LLP** |
| FRANK E. LEMBI *et al.*, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants David M. Raynal ("Raynal"), individually and as trustee for the David M. Raynal Revocable Trust Dated May 9, 2002 ("Raynal Trust"), Billie Z. Salevouris ("Salevouris"), individually and as trustee of the Billie Salevouris Revocable Trust Dated August 25, 1983, as Restated on April 24, 2002 ("Salevouris Trust"), Ralph Dayan ("Dayan"), individually, and RMSV Equities L.L.C. ("RMSV Equities" and together with Raynal, the Raynal Trust, Salevouris, the Salevouris Trust and Dayan, "Defendants") substitutes Edward C. Singer, Jr. as counsel and attorney of record in this matter in place of the law firm Friedman Dumas & Springwater LLP ("FDS"),

33 New Montgomery Street, Ste. 290, San Francisco, CA 94105, ph: 415-834-3800, fx: 415-834-1044. FDS hereby withdraws as counsel and attorneys of record for Defendants in this matter.

### New Attorney

Defendants' new counsel in this matter and new attorney of record on whom all notices, pleadings and correspondence may be served is:

> Edward C. Singer, Jr. (SBN 226406)
> 2099 Market Street
> San Francisco, CA 94114
> Ph: 415-252-4220
> esinger@lembigroup.com

### Substitution Based on Consent

The undersigned consent to the substitution and withdrawal and certify that the substitution and withdrawal will not delay the proceedings in this matter:

| | |
|---|---|
| I consent to the above substitution.<br>Dated: February 29, 2012 | FRIEDMAN DUMAS & SPRINGWATER, LLP<br><br>By: /s/ *Ellen A. Friedman*<br>       Ellen A. Friedman |
| I consent to the above substitution.<br>Dated: February 29, 2012 | EDWARD C. SINGER, JR<br><br>By: /s/ *Edward C. Singer, Jr.*<br>       Edward C. Singer, Jr. |

1  I accept the above substitution.
   Dated: 3/5, 2012
2
3
4                                              By: _____
                                                   David M. Raynal, individually and as
5                                                  David M. Raynal, Trustee of the David
                                                   M. Raynal Revocable Trust Dated May
6                                                  9, 2002

7  I accept the above substitution.
   Dated: 3/5, 2012
8
9
10                                             By: _____
                                                   Billie Z. Salevouris, individually and as
11                                                 trustee of the Billie Salevouris
                                                   Revocable Trust Dated August 25,
12                                                 1983, as Restated on April 24, 2002
13
14 I accept the above substitution.
   Dated: _____, 2012
15
16                                             By: _____
                                                   Ralph Dayan
17
18 I accept the above substitution.
   Dated: _____, 2012
19
20                                             By: _____
                                                   RMSV Equities L.L.C.
21
22
23 **IT IS SO ORDERED**
24 Dated: 3/9, 2012
25
26                                              _____
                                                HON. RICHARD SEEBORG
27                                              UNITED STATES DISTRICT JUDGE
28

{00609045.DOC v 1}                              3                              NOTICE OF SUBSTITUTION OF COUNSEL

1  | I accept the above substitution.
2  | Dated: 3/5_____, 2012
3  |
4  |                                      By: _____
5  |                                      David M. Raynal, individually and as
6  |                                      David M. Raynal, Trustee of the David
   |                                      M. Raynal Revocable Trust Dated May
   |                                      9, 2002
7  | I accept the above substitution.
8  | Dated: 3/5_____, 2012
9  |
10 |                                      By: _____
11 |                                      Billie Z. Salevouris, individually and as
12 |                                      trustee of the Billie Salevouris
   |                                      Revocable Trust Dated August 25,
   |                                      1983, as Restated on April 24, 2002
13 |
14 | I accept the above substitution.
   | Dated: 3/7_____, 2012
15 |
16 |                                      By: _____
   |                                      Ralph Dayan
17 | I accept the above substitution.
18 | Dated: 3/7_____, 2012
19 |
20 |                                      By: _____
   |                                      RMSV Equities L.L.C.
21 |
22 |
23 | IT IS SO ORDERED
24 | Dated: _____, 2012
25 |
26 |
27 |                                      _____
   |                                      HON. RICHARD SEEBORG
28 |                                      UNITED STATES DISTRICT JUDGE