STEIN & LUBIN LLP
Paul J. Niewiadomski (SBN 195094)
Eugene Chang (SBN 209568)
E-Mail: echang@steinlubin.com
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343

Attorneys for Plaintiff
VERITAS-B MEZZ B10, LLC AS SUCCESSOR-IN-INTEREST TO DEUTSCHE BANK AG, CAYMAN ISLANDS BRANCH.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERITAS-B MEZZ B10, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FRANK E. LEMBI *et al.*,<br><br>Defendants. | Case No. C 10-04018 RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3, 17th Floor |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Veritas-B Mezz B10, LLC as Successor-in-Interest to Deutsche Bank AG, Cayman Islands Branch, by and through its undersigned counsel, does hereby stipulate and agree to a voluntary dismissal with prejudice of this action against Defendants in the above-styled action. Each party agrees to bear their own attorneys' fees and costs.

Dated: October 3, 2012          STEIN & LUBIN LLP


                                By:  /s/ Eugene Chang
                                     Eugene Chang
                                     Attorneys for Plaintiff Veritas-B Mezz B10, LLC

70390020/476705v1                                  1                              Case No. C 10-04018 RS

STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: October 3, 2012 | ZACKS & FREEDMAN, P.C. |
| 2 | | |
| 3 | | By:  /s/ Edward C. Singer Jr. |
| | | Edward C. Singer Jr. |
| 4 | | Attorneys for Defendants |
| | | FRANK E. LEMBI, individually and as trustee of the |
| 5 | | OLGA LEMBI RESIDUAL TRUST; BILLIE Z. |
| | | SALEVOURIS, individually and as trustee for THE |
| 6 | | BILLIE SALEVOURIS TRUST DATED AUGUST 25, |
| | | 1983 AS RESTATED ON APRIL 24, 2002; DAVID M. |
| 7 | | RAYNAL, individually and as trustee for the DAVID M. |
| | | RAYNAL REVOCABLE TRUST DATED MAY 9, |
| 8 | | 2002; RALPH DAYAN, and RMSV EQUITIES, LLC |

In accordance with the above Stipulation of Voluntary Dismissal With Prejudice Pursuant to Rule 41(a),

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's complaint in the above-captioned action is DISMISSED in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2. This action is dismissed with prejudice; and

3. Each side shall bear its own attorneys' fees and costs, and all parties waive any right to seek attorneys' fees or costs incurred in connection with the above-captioned action.

Dated: __10/3__, 2012

_____
Honorable Richard Seeborg